Jeremy Brennen Shepard [352541]
Name and Prisoner/Booking Number

Kingman Prison /Cerbat-unit
Place of Confinement

ABPC Kingman, Cerbat-unit P.O. Box 3009
Mailing Address

Kingman, Arizona 86402
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
┌─────────────────────────────┐
│ _X_FILED      ___LODGED      │
│ ___RECEIVED   ___COPY        │
│                              │
│        APR 03 2023           │
│                              │
│  CLERK U S DISTRICT COURT    │
│    DISTRICT OF ARIZONA       │
│ BY              DEPUTY       │
└─────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jeremy Brennen Shepard
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Unknown Phoenix PD officer,
(Full Name of Defendant)

(2) Unknown Phoenix PD officer,

(3) Unknown Phoenix PD officer,

(4) Unknown Phoenix PD officer,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-00555-PHX-JJT--JFM**
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

Jury Trial Demanded
☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Phoenix, Arizona

Revised 3/11/16                                    1                                    **550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _____N/A_____. The first Defendant is employed
as: __Police officer_____ at _Phoenix Police Department_.
                    (Position and Title)                                          (Institution)

2.  Name of second Defendant: _____N/A_____. The second Defendant is employed as:
as: _Police officer_____ at _Phoenix Police Department_.
                    (Position and Title)                                          (Institution)

3.  Name of third Defendant: _____N/A_____. The third Defendant is employed
as: __Police officer_____ at _Phoenix Police Department_.
                    (Position and Title)                                          (Institution)

4.  Name of fourth Defendant: ____N/A_____. The fourth Defendant is employed
as: _Police officer_____ at _Phoenix Police Department_.
                    (Position and Title)                                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?          ☐ Yes          ☒ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits.

   a.  First prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   b.  Second prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   c.  Third prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **4th Amendment**

2. **Count I.** Identify the issue involved.  Check only one.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what each Defendant did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   This action is aimed towards [4] four unknown Phoenix, Az Police officers.  On June 1st 2021, Jeremy Shepard cut a hole in a fence on a commercial property with several semi-trucks on the premesis. Jeremy planned on living under one of the trucks as he was homeless. Within [15] fifteen seconds of entering the property, a spotlight shined down on him. Jeremy panicked and started running around the yard to find a way out and or hide. Jeremy ended up under one of the trucks. After a couple of minutes he realized that it was the police who shined the light on him. Officers located him shortly after. At least [1] one to [2] two officers in front and behind him, with the officers in front of him possessing a Canine officer. Jeremy was in a prone position with his arms fully extended out, and in no position to offer any resistance. Jeremy made it clear to the officers that he had no wepon and did not intend to resist! The officer behind him said the officer in front of him would flash his light twice, and that would be his signal to come out. Jeremy told the officers that he would move slow and to not let the dog loose. The officer flashed his light twice. Jeremy inched slowly with his arms in front of him Jeremy complied with every request of the officers, but his compliance was ignored by the officer. As soon as Jeremy's body inched a foot from under the truck, he was blasted with [continued]

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   Puncture wounds from dog bites witch caused stiches. Phycological and Emotional distress from P.T.S.D. Neck and back pain.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  N/A

D. Cause of Action · [3] supporting Facts (Continued) Pg. 1
pepper spray and gravel in his face and eyes, simultaneously attacked
by a canine officer. The Canine chewed Jeremy's shoulder and arm.
The [4] four unknown officers stood by and failed to intervene,
while the canine violated Jeremy's constitutional rights. Jeremy's
underlying crime at issue was a minor crime of trespassing
(non-violent) in nature, at no time was Jeremy a threat to officer
safety as he was prone both verbally and physically compliant.
At no time did he offer any resistance or attempt to flee once he came
into contact with the defendant officer.

# COUNT II

1. State the constitutional or other federal civil right that was violated: _____

2. **Count II.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____
   _____
   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

   _____

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____

2.  **Count III.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count III?    ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?    ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E.   REQUEST FOR RELIEF

State the relief you are seeking:

[5] Five Million Dollars

$ 5,000,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03/22/2023_
            DATE

                                        SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.